[Civil No. 341.]

GEORGE W. SWAIN, Appellant, v. COCHISE COUNTY, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Richard E. Sloan, Judge.

W. H. Stilwell, for Appellant.

William Herring, Attorney-General, and Allen R. English, District Attorney, for Appellee.

January 25, 1893. Affirmed.

[Civil No. 328.]

THE SAN PEDRO CATTLE COMPANY, Appellant, v. G. M. WILLIAMS, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. Richard E. Sloan, Judge.

Frank H. Hereford, for Appellant.

S. M. Franklin, for Appellee.

January 25, 1893. Affirmed.